IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | Case No. |
| v. | ) ) | Judge |
| SIEVEKING, INC., a Missouri corporation; 4636 WALDO INDUSTRIAL PARTNERS, L.L.C., a Missouri limited liability company, | ) ) ) ) | Magistrate Judge |
| *Defendants.* | ) | |

**COMPLAINT**

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, one of its present trustees, for a cause of action against Defendants allege as follows:

**JURISDICTION AND VENUE**

1. This is an action for collection of withdrawal liability, interest, and penalties incurred by an employer as a result of a withdrawal from a multiemployer pension plan.

2. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 ("MPPAA"), 29 U.S.C. § 1001 *et seq*. This Court has jurisdiction over this action under sections 502(e), 502(f), and 4301(c) of ERISA, 29 U.S.C. §§ 1132(e), 1132(f) and 1451(c).

3. Venue lies in this Court under sections 502(e)(2) and 4301(d) of ERISA, 29 U.S.C. §§ 1132(e)(2) and 1451(d), in that the Central States, Southeast and Southwest Areas Pension Fund (the "Pension Fund") is administered at its principal place of business in Chicago, Illinois. Venue is also proper in this Court pursuant to the forum selection clause contained in the Pension Fund's

Trust Agreement which designates this district as the appropriate forum for lawsuits to collect withdrawal liability.

## PARTIES

4. The Pension Fund is a multiemployer pension plan within the meaning of sections 3(37) and 4001(a)(3) of ERISA, 29 U.S.C. §§ 1002(37) and 1301(a)(3).

5. Plaintiff Charles A. Whobrey is a present trustee and fiduciary of the Pension Fund within the meaning of section 3(21)(A) of ERISA, 29 U.S.C. § 1002(21)(A), and the Pension Fund's Board of Trustees is the plan sponsor of the Pension Fund within the meaning of section 4001(a)(10) of ERISA, 29 U.S.C. § 1301(a)(10). The Board of Trustees administers the Pension Fund at 8647 West Higgins Road, Chicago, Illinois.

6. Pursuant to sections 502(a)(3) and 4301(a)(1) of ERISA, 29 U.S.C. §§ 1132(a)(3) and 1451(a)(1), the Trustees, by and through their designated trustee Charles A. Whobrey, are authorized to bring this action on behalf of the Pension Fund, its participants, and its beneficiaries for the purpose of collecting withdrawal liability.

7. Defendant Sieveking, Inc. ("Sieveking") is a corporation organized under the laws of the State of Missouri.

8. Defendant 4636 Waldo Industrial Partners, L.L.C. ("Waldo") is a limited liability company organized under the laws of the State of Missouri.

## CLAIM FOR RELIEF

9. Plaintiffs hereby reallege and incorporate each and every allegation made in paragraphs 1 through 8 of this Complaint as though fully set forth herein.

10. On or about August 13, 2023, James Neumeier directly or indirectly owned at least 80% of the total combined voting power of all classes of outstanding stock entitled to vote of

Defendant Sieveking and/or at least 80% of the total value of outstanding shares of all classes of stock of Defendant Sieveking.

11. On or about August 13, 2023, James Neumeier owned at least 80% of the membership interest or at least 80% of the profits or capital interest of Defendant Waldo.

12. On or about August 13, 2023, Sieveking and Waldo were a group of trades or businesses under common control (the "Sieveking Controlled Group") and therefore constituted a single employer within the meaning of 29 U.S.C. § 1301(b)(1) and the regulations promulgated thereunder.

13. During relevant times, Sieveking was bound by collective bargaining agreements with a certain local union affiliated with the International Brotherhood of Teamsters under which Sieveking was required to make contributions to the Pension Fund on behalf of certain of its employees.

14. The Pension Fund determined that on or about August 13, 2023, the Sieveking Controlled Group permanently ceased to have an obligation to contribute to the Pension Fund and/or permanently ceased all covered operations, thereby effecting a "complete withdrawal" from the Pension Fund within the meaning of section 4203 of ERISA, 29 U.S.C. § 1383.

15. As a result of this complete withdrawal, the Pension Fund determined that the Sieveking Controlled Group, incurred joint and several withdrawal liability to the Pension Fund in the principal amount of $21,262,922.72, as determined under section 4201(b) of ERISA, 29 U.S.C. § 1381(b).

16. On or about January 12, 2024, the Sieveking Controlled Group, through Sieveking, received a notice and demand for payment of the withdrawal liability issued by the Pension Fund

in accordance with sections 4202(2) and 4219(b)(1) of ERISA, 29 U.S.C. §§ 1382(2) and 1399(b)(1).

17. In the notice and demand, the Pension Fund demanded full payment of the entire amount of the withdrawal liability by February 1, 2024, pursuant to section 4219(c)(5)(B) of ERISA, 29 U.S.C. § 1399(c)(5)(B), and Appendix E, § 5(e)(2)(E) of the Pension Fund's Plan. The amount demanded was $21,262,922.72, the balance owed at that time on the withdrawal liability.

18. By letter to the Pension Fund dated April 8, 2024, the Sieveking Controlled Group requested review of the withdrawal liability pursuant to section 4219(b)(2) of ERISA, 29 U.S.C § 1399(b)(2).

19. On or about November 27, 2024, the Sieveking Controlled Group initiated arbitration with respect to the withdrawal liability pursuant to section 4221(a) of ERISA, 29 U.S.C. § 1401(a), which arbitration remains pending.

20. Pursuant to sections 4219(c)(2) and 4221(d) of ERISA, 29 U.S.C. §§ 1399(c)(2) and 1401(d), withdrawal liability payments must be made in accordance with the schedule set forth by the plan sponsor notwithstanding any request for review or demand for arbitration.

21. The Sieveking Controlled Group has failed to make any portion of the required withdrawal liability payment to the Pension Fund.

22. Each of the Defendants, as members of the Sieveking Controlled Group, are jointly and severally liable to the Pension Fund for the unpaid withdrawal liability.

**WHEREFORE**, Plaintiffs, Pension Fund and Charles A. Whobrey, as trustee, request the following relief:

(a) A judgment against Defendants, Sieveking and Waldo, and on behalf of Plaintiffs, pursuant to sections 502(g)(2) and 4301(b) of ERISA, 29 U.S.C. §§ 1132(g)(2) and 1451(b), for:

      (i)    the unpaid withdrawal liability in the amount of $21,262,922.72;

      (ii)   interest computed and charged at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which interest is charged;

      (iii)  an amount equal to the greater of interest on the unpaid withdrawal liability payments or liquidated damages of 20% of the unpaid withdrawal liability payments; and

      (iv)  attorneys' fees and costs.

(b) Post-judgment interest computed and charged on the entire judgment at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which interest is charged, compounded annually; and

(c) Such further or different relief as this Court may deem proper and just.

                                                         Respectfully submitted,

                                                         */s/ Cara Anthaney*
                                                         Cara Anthaney, Esq.
                                                         (ARDC #6304583)
                                                         Central States Funds
                                                         Law Department
                                                         8647 W. Higgins Road, 8th Floor
                                                         Chicago, IL 60631-2803
                                                         (847) 939-2367
                                                         canthane@centralstatesfunds.org

June 16, 2025                                  *ATTORNEY FOR PLAINTIFFS*